Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# United States District Court
## Central District Of California

| | |
|---|---|
| JACOB BRADY,<br><br>    Plaintiff,<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS; TRANSUNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 8:23-cv-01298-JWH-ADS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT R.C. WILLEY HOME FURNISHINGS** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant R.C. Willey Home Furnishings ("R.C. Willey"). Plaintiff and R.C. Willey are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against R.C. Willey will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. remain pending.

Respectfully submitted October 17, 2023

Garrett Charity, Esq.
McCarthy Law, PLC

4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

        /s/ Garrett Charity