JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BRADY,<br><br>          Plaintiff,<br><br>     v.<br><br>R.C. WILLEY HOME<br>     FURNISHINGS,<br>TRANSUNION, LLC, and<br>EXPERIAN INFORMATION<br>     SOLUTIONS, INC.,<br><br>          Defendants. | Case No. 8:23-cv-01298-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 26] entered on or about November 30, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 1, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE